EDWARD C. AMUNDSON, Doing Business under the Firm Name of W. L. MILDRUM AND COMPANY, Appellant, *v.* JAMES W. ARMSTRONG, as Superintendent of Buildings of the City of Yonkers et al., Respondents.

*Municipal corporations — Yonkers (city of) — mandamus — permit for erection of billboard properly refused.*

*Amundson* v. *Armstrong*, 218 App. Div. 748, affirmed.

(Argued March 28, 1927; decided April 7, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 29, 1926, which reversed an order of Special Term granting a motion for a peremptory order of mandamus to compel the superintendent of buildings of the city of Yonkers to issue a certificate for the erection of a billboard and denied said motion.

*John J. Finn* for appellant.

*Arthur C. Hume, Corporation Counsel (Joseph W. Bryan* of counsel), for respondent.

*Per Curiam.* Without passing upon other questions presented by this appeal, we hold that the petitioner's failure to comply with the provisions of sections 7 and 8 of General Ordinance No. 1 of 1921 of the city of Yonkers justifies the action of the Superintendent of Buildings in refusing a permit for the erection of a billboard, and that no question as to the constitutional validity of such ordinance is presented by the record.

The order should be affirmed with costs.

CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ., concur.

Order affirmed.